**E-Filed 9/10/2009**

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

9

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11
12
13
14
15
16
17
18

| | |
|---|---|
| TOM NORRING, Trustee of the Tom Norring Family Trust, | Case Number C 09-2977 JF (RS) |
| Plaintiff, | ORDER[1] DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| PRIVATE ESCAPES LLC, et al., | |
| Defendants. | |

19
20
21
22
23

On July 9, 2009, Defendants filed a motion to dismiss for lack of subject matter jurisdiction, set for hearing on September 11, 2009.  Plaintiff did not file any response within the time provided for opposition under the Court's Civil Local Rules.  On September 8, 2009, Plaintiff filed a notice of non-opposition to Defendants' motion to dismiss, consenting to dismissal of the entire action.

24
25
26
27
28

[1]   This disposition is not designated for publication in the official reports.

Case No. C 09-2977 JF (RS)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC2)

1    Accordingly, the action is DISMISSED WITHOUT PREJUDICE.

2    All hearing dates, pretrial dates, and trial dates are VACATED.

3    IT IS SO ORDERED.

7    DATED:  9/10/2009

9    _____
     JEREMY FOGEL
10   United States District Judge

2

1    Copies of Order served on:

2

3    Charles W. Steese      csteese@s-elaw.com

4    Mark Douglas Epstein      mepstein@avelaw.com, callen@avelaw.com

5    Paul S. Avilla      pavilla@mstpartners.com, nat@mstpartners.com

6    Phillip L. Douglass      pdouglass@s-elaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-2977 JF (RS)
ORDER DISMISSING ACTION WITHOUT PREJUDICE
(JFLC2)